# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:18-cr-00069-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MELISSA OGLE, ) | |
| a/k/a "Fruit Loop," ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice [Doc. 57].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 57], is **GRANTED**, and Counts One, Two, and Three, of the Bill of Indictment in this case are hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Melissa Ogle only.

**IT IS SO ORDERED.**

Signed: February 1, 2019

Martin Reidinger
United States District Judge